UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Peter D'Amelio</u>

    v.                      Civil No. 08-cv-00518-JL

<u>NH Attorney General, et al.</u>

### ORDER OF RECUSAL

Because the New Hampshire Attorney General, Kelly Ayotte, is on my recusal list, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

                                        _/s/ Joe Laplante_
                                        Joseph N. Laplante
                                        United States District Judge

Dated: January 8, 2009

cc: H. Paul Carroll, Esq.