UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Peter D'Amelio</u>

       v.                      Civil No. 08-cv-518-JD

<u>NH Attorney General, et al.</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 8, 2009, no objection having been filed.

SO ORDERED.

April 29, 2009                      <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

cc:    H. Paul Carroll, Esq.